AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Angel TREVINO, YOB: 1959, COB: MEX<br><br>_____<br>Defendant(s) | ) <br> ) <br> ) Case No. M-20-2458-M<br> ) <br> ) <br> ) |

United States District Court
Southern District of Texas
FILED

NOV 11 2020

David J. Bradley, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 10, 2020   in the county of   Hidalgo   in the
Southern   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
|  | Knowingly and Intentionally Possess with Intent to Distribute approximately 106 kilograms of Marijuana, a Scheduled 1 Controlled Substance. |
| 21 United States Code 846, 841 (a)(1) | Knowingly and Intentionally Conspire to Possess with Intent to Distribute approximately 106 kilograms of Marijuana, a Scheduled 1 Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"
Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on : _____

✓ Continued on the attached sheet.

**Approved by AUSA Robert Guerra**
Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Crim. P. 4.1, and probable cause found on:

~~Sworn to before me and signed in my presence.~~

Date:  11/11/2020 @ 2:55 p.m.

City and state:   McAllen, Texas

/s/ Cosme A. Muniz III
*Complainant's signature*

Cosme A. Muniz III, DEA Task Force Officer
*Printed name and title*

*Judge's signature*

Juan Alanis, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT

On November 10, 2020, Agents were operating south of Hidalgo, Texas in an area notorious for undocumented aliens and narcotic crossing. On numerous occasions in recent weeks, Weslaco Station agents have observed groups with bundles consistent with packaged marijuana, on the south side of the Rio Grande River, south of this location. Agents are familiar with this behavior and experience has shown that smugglers pre-positioning narcotics in preparation for illegally bringing such controlled substances into the United States.

At approximately 6:30 a.m. on November 10, 2020, a Border Patrol Agent (BPA) observed five subjects carrying bundles of possible narcotics swimming across the Rio Grande River from Mexico into the United States. The BPA immediately notified all nearby agents to the subjects moving through the area. As the BPA was tracking the group he was approached by a nearby home owner. The individual told the BPA that a red pickup truck just loaded narcotics.

The BPA notified nearby agents to be on the lookout for the red pickup truck. Nearby agents drove south in an attempt to intercept the red pickup and observed a red Ford Ranger, with one occupant inside, come to a complete stop just south of him. The agent approached the truck and noticed bundles in plain view of what appeared to be marijuana in the back seat of the pickup. The driver who was later identified as Jose TREVINO-Angel was detained.

The truck was searched and a total of ten bundles of marijuana wrapped in white cellophane were recovered from the truck. The bundles of narcotics were transported to the Weslaco Border Patrol Station. Upon arrival at the Weslaco Station the bundles were tested and found to be positive for characteristics of marijuana. The ten bundles were weighed at 105.54 kilograms.

On this same date, DEA Task Force Officer (TFO) Cosme A. Muniz III along with TFO Ricky Garza arrived at the McAllen Border Patrol Station and interviewed Jose Angel TREVINO. Agents identified themselves and read TREVINO his Miranda Warnings in his preferred language of Spanish. TREVINO waived his rights and agreed to speak with Agents without the presence of a lawyer. TREVINO stated he met an individual at a ranch in Hidalgo, Texas who said that he could help him get his family from Mexico to the United States. The individual told TREVINO to be back at the ranch and park his truck next to a goat coral and he would cross his daughter and

grand-daughter and hide them in his truck. TREVINO came back to the ranch at around 6:00 am on Tuesday and parked his truck as instructed. TREVINO then observed four (4) male individuals come out of the wooded area and began loading his truck with bundles of what he knew to be marijuana. TREVINO stated that a male also opened his passenger side door and loaded three bundles in his back seat. TREVINO stated that his tool box was also opened and more bundles were loaded inside. TREVINO was then instructed to drive off. As he began to drive, TREVINO stopped his vehicle and stated he observed a U.S. Border Patrol unit arrive and park next to him. The Agent got off the unit and walked up to his truck. Agents were able to observe the bundles in plain sight inside TREVINO's truck. Agents asked TREVINO what was inside the toolbox. TREVINO opened the toolbox on his own and more bundles were discovered. TREVINO was then taken into custody by Agents.